IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RAMEL REAMS,

    Plaintiff,

v.                                            Civil Action No. 3:17CV573

CORRECT CARE SOLUTIONS, et al.,

    Defendants.

## MEMORANDUM OPINION

On May 14, 2019, the United States Postal Service returned a May 9, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Ramel Reams has not contacted the Court to provide a current address. Reams's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Reams.

                                            /s/ *REP*
                                    Robert E. Payne

Date: July 1, 2019                  Senior United States District Judge
Richmond, Virginia